UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: Ryan Geho | ) | CASE NO. 19-41050 |
| | ) | |
| | ) | JUDGE TIIARA N.A. PATTON |
| | ) | |
| Debtor | ) | CHAPTER 13 |
| | ) | |
| | ) | **RESPONSE OF DEBTOR** |
| | ) | **TO TRUSTEE'S MOTION TO DISMISS** |

COMES NOW, Ryan Geho ("the Debtor"), who for his Response to Motion to Dismiss filed by the Standing Chapter 13 Trustee say:

REQUEST FOR HEARING

Debtor asks that the hearing available for October 22, 2020 be scheduled.

**Respectfully submitted,**

BY: /S/Robert A. Ciotola
ROBERT A. CIOTOLA (#0012487)
**Attorney for Debtor**
3701 Boardman-Canfield Road, Unit 1
Canfield, OH 44406
(330) 533-8885

## CERTIFICATE OF S E R V I C E

   I certify that on **September 18, 2020,** a true and correct copy of this Response was served:

Via the Court's Electronic Case Filing System on the U.S. Trustee, and these entities and individual who are listed on the Court's Electronic Mail Notice List:
Michael A. Gallo, on behalf of the Chapter 13 Trustee's office at mgallo@trustee.com, mgallo@ecf.epiqsystems.com;

And by regular U.S. mail, postage prepaid, on:
Ryan Geho, 9 Academy Street, Salineville, OH 43945;

               /S/Robert A. Ciotola
               **ROBERT A. CIOTOLA (#0012487)**
               **Attorney for Debtor**
               **3701 Boardman-Canfield Road**
               **Unit 1**
               **Canfield, OH 44406**
               **(330) 533-8885**
               **rac@raciotola.com**